### Application of FLORIDA POWER & LIGHT CO.

Railroad & Public Utilities Commission.
November 30, 1956.

Chairman WILBUR C. KING, commissioners JERRY W. CARTER and ALAN S. BOYD participated in the disposition of this application.

BY THE COMMISSION.

Florida Power & Light Co., a Florida corporation and a public utility within the meaning of chapter 26545, Laws of Florida, Acts of 1951, has applied to the commission for authority to issue and sell $15,000,000 principal amount first mortgage bonds, series due 1986 (the "New Bonds").

It appears that the officers of the company are proceeding with the transaction by means of competitive bidding and public offering; however, the medium of this sale may be not only by means of competitive bidding and public offering but also by a negotiated public offering or private sale. The company will receive a minimum of $15,000,000, plus accrued interest from December 1, 1956, less expenses in connection with the sale. It is planned to open bids on this transaction on December 11, 1956, and tentative closing date is December 18, 1956.

The purpose for which the bonds are to be issued is to secure funds which will be used to provide additional electric and gas facilities and for other corporate purposes. It is estimated by the applicant that its 1957-1958 construction costs will approximate $132,000,000, of which $66,000,000 will be expended in 1957 in the following principal categories: *Electric* — production $20,500,000, transmission and distribution $43,000,000, other additions and improvements $1,600,000; *Gas*—production and distribution $300,000; and $66,000,000 will be expended in 1958. These estimates are subject to changes in costs and availability of labor and materials.

The company has filed registration statement on form S-1 with the Securities and Exchange Commission, Washington, D. C., with respect to this transaction and under the company's present plan of procedure (which may be changed because of market or other conditions) the proposed financing is subject to effective registration of the New Bonds under the Securities Act of 1933, as amended.

It is estimated that the expenses of issuance and distribution will be as follows—

| | |
|---|---|
| Federal stamp tax | $16,500 |
| Filing Fee—Securities and Exchange Commission | 1,540 |
| Fees of company New York counsel | 10,000 |
| Auditing fees | 2,500 |
| Printing—Including S-1, prospectuses, etc. | 15,000 |
| Printing and engraving bonds | 5,000 |
| Trustees fees, including counsel and authentication fees | 8,000 |
| Miscellaneous | 11,460 |
| Total Estimated Expenses | $70,000 |

All charter requirements and all provisions of the statutes of Florida have been complied with and the commission being fully advised in the premises and of the opinion that the issuance and sale of the New Bonds is in the public interest,

It is ordered that the proposed issuance and sale by Florida Power & Light Co. of said $15,000,000 principal amount, first mortgage bonds, upon the terms and conditions and for the purposes specified in said application, including the media of sale mentioned in the second paragraph of this order, be and the same are hereby approved subject to the following conditions—

1. Said $15,000,000 principal amount, first mortgage bonds, shall be sold at such interest rate and on such terms as will provide Florida Power & Light Co. with the lowest "cost of money" to be determined as provided in the "Public Invitation for Bids" and the "Statement of Terms and Conditions relating to Bids for $15,000,000 First Mortgage Bonds, Series due 1986" which are filed in these proceedings as a part of Exhibit 1;

2. That this authorization shall expire unless acted upon within 60 days from the date of this order; and

3. That applicant shall file a full and complete report of the consummation of the transaction involved herein, together with a statement of costs and expenses incurred in connection therewith, not later than 60 days after such consummation.